## Local Rule Notice of and Assignment
## of Related Case in Original Proceedings

As required by the Local Rules Relating to Assignment of Related Cases and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First Court of Appeals:

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 8:34:01 PM
CHRISTOPHER A. PRINE
Clerk

**Guillory v. Seaton, LLC d/b/a Staff Management**

**Appellate Case No. 01-14-00379-CV**

**Trial Case No. 2012-61407A, 113th District Court, Harris County, Texas**

Respectfully submitted,


 /s/  David N. Anderson
**DAVID N. ANDERSON**
TBN:  00797951
**THE ANDERSON LAW FIRM**
4309 Yoakum
Houston, TX  77006
(713) 521-6563 - Telephone
(888) 824-5624 – Fax
danderson@lodna.net